UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARMECIA FAIDLEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C24-0035 RSM

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

The Commissioner shall have up to and including April 25, 2024, to file the certified administrative record as the Answer to Plaintiff's Complaint.

DATED this 7th day of March, 2024.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION OF
TIME TO FILE ANSWER - 1