1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARMECIA FAIDLEY,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C24-0035 RSM

**ORDER AMENDING THE
SCHEDULING ORDER**

13

14

    Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's

Counsel has no opposition, it is hereby ORDERED as follows:

15

16

17

- Defendant shall have up to and including July 25, 2024, to file a responsive brief.

- Plaintiff's reply brief shall be due on or before August 8, 2024.

    DATED this 26th day of June, 2024.

18

19

20

Ricardo S. Martinez
United States District Judge

21

22

23

ORDER AMENDING THE SCHEDULING ORDER - 1